IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT E. ROBLE,

    Plaintiff,

v.                                                                                  No. 21-cv-1062 MV-SCY

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING
## PROPOSED FINDINGS AND RECOMMENDATION

**THIS MATTER** is before the Court on United States Magistrate Judge Steven C. Yarbrough's October 21, 2022 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 36. Judge Yarbrough recommended that the Court grant the Motion to Remand, Doc. 30, and remand to the agency with instructions to award benefits. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. Doc. 36 at 21. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition, Doc. 36;

2. Plaintiff's Motion To Remand, Doc. 30, is GRANTED; and

3. The Court remands this case to the Social Security Administration for an immediate award of benefits. A final judgment will be entered separately.

**IT IS SO ORDERED**.

_____
MARTHA VAZQUEZ
Senior United States District Judge